## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Gary J. Mitchell,<br><br>      Plaintiff,<br>v.<br><br><br>Wells Fargo Bank National Association (INC) DBA Wells Fargo Dealer Services,<br><br><br>      Defendant. | Case No. 1:24-CV-1909 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2024, a true and correct copy of Defendant Wells Fargo Bank, N.A., (named in the Complaint as Wells Fargo Bank National Association (Inc) dba Wells Fargo Dealer Services, and hereinafter "Wells Fargo") Response in Opposition of Plaintiff's Motion to Strike Affirmative Defenses was filed electronically via the Court's CM/ECF system serving all parties of record and sent via FedEx to the following:

Gary J Mitchell
1647 Watersprings Way
Dacula, GA 30019
*Pro se plaintiff*

*/s/ Mark J. Windham*
Mark J. Windham

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of July 2024, a true and correct copy of the foregoing was filed via the Court's CM/ECF system serving all parties of record and sent via FedEx to the following:

Gary J Mitchell
1647 Watersprings Way
Dacula, GA 30019
*Pro se plaintiff*

*/s/ Mark J. Windham*
Mark J. Windham
