IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GARY J MITCHELL,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| | **1:24-CV-1909-SCJ-CCB** |
| v. | |
| **WELLS FARGO BANK** | |
| **NATIONAL ASSOCIATION (INC),** | |
| **Defendant.** | |

## ORDER

This matter is before the Court for consideration of the joint preliminary report and discovery plan filed by Defendant Wells Fargo Bank National Association (INC). (Doc. 12). It is not clear to the Court whether Plaintiff, proceeding *pro se*, participated in the JPRDP, as the JPRDP reflects only Defendant's responses and is signed only by Defendant. *See id.*

The local rules of this Court require an early planning conference to "be held within sixteen days after the appearance of a defendant by answer or motion." LR 16.1, NDGa.; *see also* Fed. R. Civ. P. 26(f). The preliminary report and discovery plan filed by Defendant states that the parties held their early planning conference on June 28, 2024. (Doc. 12 at 8). The local rules also require a joint preliminary

report and discovery plan to "be filed within thirty days after the appearance of the first defendant by answer or motion." LR 16.2, NDGa. *Pro se* litigants and opposing counsel may file separate preliminary report and discovery plans. *Id*.

Accordingly, if the preliminary report and discovery plan filed by Defendant, (Doc. 12), represents and includes Plaintiff's responses, Plaintiff is **ORDERED** to sign the JPRDP and return it to the Clerk within **14 days** of the date of this order. If the JPRDP filed by Defendant does not include Plaintiff's responses, Plaintiff is **ORDERED** to file his own preliminary report and discovery plan under Local Rule 16.2 within **14 days**. This order does not modify the end of discovery or any other deadlines in the case.

The Clerk is **DIRECTED** to submit this matter to the undersigned after 14 days or upon receipt of Plaintiff's signed copy of the JPRDP or the filing of Plaintiff's preliminary report and discovery plan, whichever is earlier.

**IT IS SO ORDERED,** this 1st day of October, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE